# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| REID ZLOTKY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY d/b/a PRINCETON UNIVERSITY, and DOES 1 through 10 inclusive,<br><br>Defendants. | Civil No.: 3:20-cv-16622 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Reid Zlotky hereby voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. Defendants have not been served and have not filed an answer. Each party shall bear its own costs.

Dated: December 3, 2020

By: **McOMBER McOMBER & LUBER, P.C.**
*/s/ Charles J. Kocher*
Matthew A. Luber, Esq. (NJID 017302010)
Charles J. Kocher, Esq. (NJ ID 016952004)
McOmber McOmber & Luber, P.C.
39 E. Main Street
Marlton, NJ 08053
(856) 985-9800 Phone
(856) 263-2450 Fax

*Attorney for Plaintiff and Putative Class*

**SHEGERIAN & ASSOCIATES, INC.**

By:  */s/ Carney Shegerian*
Carney R. Shegerian
Anthony Nguyen
Cheryl A. Kenner
SHEGERIAN & ASSOCIATES, INC.
145 South Spring Street, Suite 400
Los Angeles, California 90012
Telephone: (310) 860 0770
Facsimile: (310) 860 0771

Attorneys for Plaintiff REID ZLOTKY, on behalf of himself and all others similarly situated

**So Ordered this** 4th **day of December, 2020.**

_____
**Honorable Michael A. Shipp, U.S.D.J.**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Charles J. Kocher*
Charles J. Kocher